IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EVELYN HUMBURG, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3234 |
| | ) | |
| v. | ) | |
| | ) | |
| SSA SECURITY, Inc., LAVERN | ) | MEMORANDUM AND ORDER |
| THOMASON, ROGER BENSON, | ) | |
| and BRENDA THOMPAS, | ) | |
| | ) | |
| Defendants. | ) | |

The plaintiff has filed a return of service stating Brenda Thompas was served by publication. Filing No. 25. The plaintiff did not move for service by publication, and the court did not enter an order permitting such service on defendant Thompas. The plaintiff served defendant Benson on December 26, 2008. Filing No. 18. Defendant Benson has not filed an answer or otherwise appeared. The absence of these named defendants has thwarted the progression of this case. Accordingly,

IT IS ORDERED:

1)    Plaintiff is given fourteen (14) calendar days to properly serve defendant Brenda Thompas or file a motion to dismiss this defendant.

2)    Plaintiff is given fourteen (14) calendar days to either move for default and default judgment against defendant Roger Benson or file a motion to dismiss such defendant.

DATED this 3rd day of August, 2009.

BY THE COURT:

*Richard G. Kopf*

United States District Judge