IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EVELYN HUMBURG, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3234 |
| | ) | |
| v. | ) | |
| | ) | |
| SSA SECURITY, Inc., LAVERN THOMASON, ROGER BENSON, and BRENDA THOMPAS, | ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

On August 3, 2009, the plaintiff was given fourteen calendar days to properly serve defendant Brenda Thompas or file a motion to dismiss this defendant, and to either move for default and default judgment against defendant Roger Benson or file a motion to dismiss such defendant. (Filing No. 34). The plaintiff moved for entry of default against defendant Benson, (filing no. 36), but then notified the court that defendant Benson is now deceased and the motion for entry of default will be withdrawn. The plaintiff has not moved to dismiss Brenda Thompas or made any showing that Brenda Thompas was properly served. Accordingly,

IT IS ORDERED:

1) Plaintiff is given until September 3, 2009 to show cause why her claims against Brenda Thompas should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution, in the absence of which plaintiff's claims against this defendant will be dismissed without further notice.

2) Plaintiff is given until September 3, 2009 to show cause why her claims against Roger Benson should not be dismissed, in the absence of which

plaintiff's claims against this defendant will be dismissed without further notice.

Dated this 24th Day of August, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge