IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EVELYN HUMBURG, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3234 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| SSA SECURITY, Inc., and LAVERN THOMASON, | ) ) | |
| | ) | |
| Defendants. | ) | |

The plaintiff filed a motion to compel defendants' responses to written discovery. Filing No. 53. Based on the record before the court, it is apparent the plaintiff did not fully confer with the defendants in an attempt to resolve or limit the discovery disputes before the motion was filed. Pursuant to Nebraska Civil Rule 7.0.1(i), "this court only considers a discovery motion in which the moving party, in the written motion, shows that after personal consultation with opposing parties and sincere attempts to resolve differences, the parties cannot reach an accord." NECivR 7.0.1(i).

Accordingly,

IT IS ORDERED that the plaintiff's motion to compel, (filing no. 53), is denied.

DATED this 24th day of August, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge